UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Breit and Diane Steele | § § | |
| *versus* | § § | Case Number: 3:18−cv−00345 |
| Wright National Flood Insurance Company | § | |

# Notice of Reassignment

    Pursuant to General Order No. 2019−8, this case is reassigned to the docket of United States District Judge Jeffrey V Brown. Deadlines in scheduling orders remain in effect.

    Until Judge Jeffrey V. Brown issues formal rules, please follow Magistrate Judge Andrew Edison's court procedures which can be found at www.txs.uscourts.gov.

Date: September 11, 2019

David J. Bradley, Clerk